IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMPARA WASHINGTON on behalf of )
BRANDON WASHINGTON, )
    Plaintiff, )
)
vs. ) Civil Action No. 07-1134
)
COMMISSIONER OF SOCIAL )
SECURITY, )
    Defendant. )

O R D E R

AND NOW, this 24th day of April, 2008, after the plaintiff, Ampara Washington on behalf of Brandon Washington, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing a claim for child's Supplemental Security Income benefits, and after cross motions for summary judgment were submitted by the parties, and after oral argument was held, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendant, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 17), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (Docket No. 10) is denied without prejudice.

IT IS FURTHER ORDERED that defendant's motion for summary judgment (Docket No. 14) is denied without prejudice.

IT IS FURTHER ORDERED that this matter is remanded to the Commissioner of Social Security for further evaluation and consideration

Alan N. Bloch
United States District Judge